NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>MATTHEW BENJAMIN, et al.,<br><br>*Defendant(s).* | Civil Action No.: 20-8037  (BRM)<br><br>**ORDER** |

**MARTINOTTI, District Judge.**

This matter, having come before the Court by way of Plaintiff's commencement of the instant cause of action, and it appearing that:

1. This matter has been stayed (ECF No. 7) pending a final decision in a related action, *USA v. Matthew Benjamin*, Magistrate Criminal Number 2:20-9267 (CLW);

2. In the interim, the Court sees no reason to continue this civil action on the active calendar, and accordingly;

It is on this 13TH   day of   OCTOBER, 2020;

ORDERED, that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**IT IS SO ORDERED**.

_____
**BRIAN R. MARTINOTTI, U.S.D.J.**
